**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 18 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NICOLE WELCOME,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                             Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-111 (LDH) (RML)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

**[SECTION INTENTIONALLY LEFT BLANK]**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       10\5      , 2016

RICHARD CARDINALE
*Attorney for Plaintiff*
26 Court Street, Suite 1815
Brooklyn, NY 11242

By: _____
    Richard Cardinale
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York,
    Craig, Rose, and Jones*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Suzanne E. Aribakan
    *Senior Counsel*

SO ORDERED: _____

HON. LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE

Dated: October 13 , 2016

2